<div style="float:right; text-align:right">ANDERSON<br>v.<br>MILLER.</div>

---

FOSDICK *v.* STARBUCK.—In error.

THE assignee of a promissory note, given without conside- <span style="float:right">*Saturday, December 2.*</span>ration, may sue the assignor at any time, and without having previously sued the maker. *Howell* v. *Wilson,* 2 Blackf. 418.

The maker of a promissory note is a competent witness for the plaintiff, in an action by the assignee against the assignor, involving the validity of the consideration of the note.

The statute requiring an oath to a plea, replication, &c., denying the execution of an instrument of writing, &c., does not dispense with the production of the instrument on the trial: it only excuses proof of the execution of the instrument, when such plea, &c. is without oath.